367 A.2d 1088

Frank J. ZAPPALA, Jr., an Individual,
et al., Appellants,

v.

Paul KOSSMAN, an Individual, t/d/b/a Kossman
Development Company, Appellee.

Supreme Court of Pennsylvania.

Argued March 10, 1976.

Decided Jan. 28, 1977.

Richard A. Zappala, Zappala & Zappala, Nathan T. Cohen, Pittsburgh, Sanford M. Lampl, Pittsburgh, for appellants.

Norman A. Groudine, Rothman, Gordon, Foreman & Groudine, Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION

PER CURIAM.

Decree affirmed. Appellants to bear costs.

O'BRIEN, J., did not participate in the consideration or decision of this case.